

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00741-CR

The **STATE** of Texas,
Appellant

v.

Perfecto **TREJO-RUBIO**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,802
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order granting Perfecto Trejo-Rubio's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED September 27, 2023.

Liza A. Rodriguez, Justice